**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2106**

TAFADZWA NHIRA,

        Plaintiff - Appellant,

    v.

THOMPSON HOSPITALITY; COMPASS GROUP; MAURICE JENOURE; JILL
BROWN; DINA ZAIKOUK; DANA MITCHELL; DAN KELLY; ABDELMAJID
ZAGHARI,

        Defendants – Appellees,

    and

MORGAN STATE UNIVERSITY; BOWIE STATE; TODD BURGE; NANCY
WEDINER; MICHAEL AMOS; ALESSANDRIA MCGWIRE,

        Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:14-cv-00676-WMN)

Submitted:  February 28, 2017      Decided:  March 13, 2017

Before WILKINSON, NIEMEYER, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tafadzwa Nhira, Appellant Pro Se.  Thomas Patrick Dowd, LITTLER
MENDELSON PC, Washington, D.C., for Appellees

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tafadzwa Nhira appeals the district court's order granting summary judgment to Defendants on his whistleblower claim under the Sarbanes-Oxley Act, 18 U.S.C. § 1514A (2012), and his claims of retaliation, failure to promote, discriminatory discharge, and discriminatory compensation, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* Nhira v. Thompson Hospitality, No. 1:14-cv-00676-WMN (D. Md. Sept. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* To the extent that Nhira's informal brief challenges the district court's dismissal of Morgan State University and Bowie State University, Nhira did not identify the district court's dismissal orders in his notice of appeal, and consequently, we lack jurisdiction to consider those orders. See Fed. R. App. P. 3(c)(1)(B); Jackson v. Lightsey, 775 F.3d 170, 176-77 (4th Cir. 2014). Furthermore, insofar as Nhira requests remand because the district court decided Defendants' motion for summary judgment before Defendants answered Nhira's requests for admissions, we discern no abuse of discretion by the district court. See United States ex rel. Becker v. Westinghouse Savannah River Co., 305 F.3d 284, 290 (4th Cir. 2002).

3